UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELVIN HOLMES,

        Plaintiff,

                                          Case No: 13-14755
V.                                         Honorable Victoria A. Roberts

GARDA CL GREAT LAKES, INC., a
Foreign Corporation, and AT SYSTEMS,
INC., a Foreign Corporation,

        Defendants.
_____/

**ORDER SATISFYING SHOW CAUSE ORDER**

On January 14, 2014, the Court ordered that Defendants, Garda Cl Great Lakes, Inc., and At Systems, Inc., show cause why the complete diversity requirement of 28 U.S.C. § 1332 was met. Specifically, the Court required that Defendants allege: (1) which state Holmes is a citizen of, not his residency; and (2) why the amount in controversy more likely than not exceeds $75,000.

On January 17, 2014, Garda Cl Great Lakes, Inc., and At Systems, Inc., submitted a satisfactory response to the Court's order. Accordingly, **IT IS ORDERED** that Garda Cl Great Lakes, Inc., and At Systems, Inc., have shown that the parties are diverse and that the amount in controversy, more likely than not, exceeds $75,000, for the purpose of § 1332.

        **IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: January 17, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 17, 2014.
s/Linda Vertriest
Deputy Clerk